# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>VANESSA F. HOLMES | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:07mj238/MD<br><br>AFPD Thomas Keith<br>Defendant's Attorney |

| **Title & Section** | **Nature of Offense** | **Date Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 USC § 113(a)(4) | Assault | 7/14/07 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than April 23, 2008.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 10.00 | $ 100.00 | $ 0.00 |

Date of Imposition of Sentence - 1/23/08

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-24-2008

08 JAN 24 AM 11: 25

FILED